IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD ALEXANDER PRICE, | No. C-13-0103 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| SERGEANT MCDONALD, San Jose Police Department Officer, | |
| Defendant / | |

      Plaintiff Lloyd Alexander Price, an inmate at the Santa Clara County Jail in San Jose, California, filed this pro se civil rights action under 42 U.S.C. § 1983. On March 19, 2013, the Court issued an Order of Dismissal with Leave to Amend. Doc. #8. The Court explained that Plaintiff had twenty-eight days in which to file an amended complaint and, if he did not file the amended complaint within that time, his case would be dismissed.

      More than twenty-eight days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice for failure to prosecute.

      IT IS SO ORDERED.

DATED    *04/22/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Price 13-103-Dis.wpd