IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD ALEXANDER PRICE,<br><br>      Plaintiff,<br><br>    v.<br><br>SERGEANT MCDONALD, San Jose Police Department Officer,<br><br>      Defendant      / | No. C-13-0103 TEH (PR)<br><br><br>ORDER OF DISMISSAL |

      Plaintiff Lloyd Alexander Price, an inmate at the Santa Clara County Jail in San Jose, California, filed this pro se civil rights action under 42 U.S.C. § 1983. On March 19, 2013, the Court issued an Order of Dismissal with Leave to Amend. Doc. #8. The Court explained that Plaintiff had twenty-eight days in which to file an amended complaint and, if he did not file the amended complaint within that time, his case would be dismissed.

      More than twenty-eight days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice for failure to prosecute.

      IT IS SO ORDERED.

DATED    *04/22/2013*

                                THELTON E. HENDERSON
                                United States District Judge

G:\PRO-SE\TEH\CR.13\Price 13-103-Dis.wpd